IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

    v.                                                 Nos. CIV 15-0860 JB/CG
                                                                         CR 11-2002 JB

RAFAEL GOXCON-CHAGAL,

    Defendant/Petitioner.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order of Dismissal Without Prejudice, filed November 30, 2015 (Doc. 10)("MOO"). In the MOO, the Court dismissed Defendant/Petitioner Rafael Goxcon-Chagal's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, filed September 25, 2015 (Doc. 1), without prejudice. There being no more claims before the Court, the Court hereby enters final judgment in accordance with rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that this civil proceeding is dismissed without prejudice, and final judgment is entered.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

*Parties and Counsel:*

Rafael Goxcon-Chagal
Atwater, California

    *Plaintiff pro se*

Damon P. Martinez
   United States Attorney
Samuel A. Hurtado
   Assistant United States Attorney
Albuquerque, New Mexico

   *Attorneys for the United States*